Dismissed and Memorandum Opinion filed December 17,
2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00736-CV

____________

 

LEONARD DWAYNE JONES, Appellant

 

V.

 

SHERRY ELAINE JONES, Appellee

 



On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 1990-66470



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed August 13, 2009. On December
10, 2009, appellant filed a motion to dismiss the appeal because the case has
settled. See Tex. R. App. P.
42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice
Hedges and Justices Anderson and Christopher.